

DENNIS K. BURKE
United States Attorney
District of Arizona
405 W. Congress, Suite 4800
Tucson, Arizona 85701-5040
Telephone (520) 620-7300

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | 10. 3 3988 M |
| Plaintiff, | PLEA AGREEMENT |
| v. | (Flip-Flop) |
| Daniel ARROYO-Miranda<br>Defendant | Fast Track 5K3.1 |

The parties enter into the following agreement:

1. Defendant will enter a plea to Count 2 of the complaint, Alien Eluding Examination and Inspection by Immigration Officers of the United States, a misdemeanor offense, in violation of Title 8, United States Code, Section 1325. This plea will occur no later than the time set for the detention hearing/preliminary hearing.

2. The government will dismiss Count 1 of the complaint, Illegal Re-Entry After Deportation, a felony, in violation of Title 8, United States Code, Section 1326(a) and (b)(1). This charge, if proven, carries a maximum sentence of ten (10) years imprisonment, a $250,000.00 fine, three (3) years supervised release, and a $100.00 special assessment. The government will dismiss this charge at the time of sentencing.

3. The maximum penalties for the offense to which I am pleading are six (6) months in custody, a $5,000.00 fine. The government agrees to waive the $10.00 special assessment.

4. Pursuant to this plea agreement, the government and the defendant stipulate and agree to a sentence of ninety ( 90 ) consecutive days of imprisonment to be served in a designated Bureau of Prisons facility.

5. The parties waive a Pre-Sentence Report and agree that sentencing will occur on the date of the change of plea. The defendant understands and agrees this plea agreement contains all the terms, conditions and stipulations regarding sentencing. If the court departs from the terms and conditions set forth in this plea agreement, either party may withdraw.

6. Pursuant to this plea, the defendant waives: (1) any right to appeal the Court's entry of judgment against the defendant; (2) any right to appeal the imposition of sentence upon defendant under Title 18, United States Code, Section 3742 (sentence appeals); and (3) any right to collaterally attack defendant's conviction and sentence under Title 28, United States Code, Section 2255, or any other collateral attack. If the defendant files a notice of appeal or a habeas petition, notwithstanding this agreement, defendant agrees that this case shall, upon motion of the government, be remanded to the district court to determine whether defendant is in breach of this agreement and, if so, to permit the government to withdraw from the plea agreement.

7. If the defendant was on supervised release at the time the present offense was committed, the government may withdraw from the plea agreement.

8. The defendant admits that the defendant was the subject of a previous order of removal, deportation or exclusion. The defendant agrees to the reinstatement of that previous order of removal, deportation or exclusion. The defendant admits that he does not have a fear of returning to the country designated in the previous order. If this plea agreement is accepted by the court, the defendant agrees not to contest, either directly or by collateral attack, the reinstatement of the prior order of removal, deportation or exclusion.

9. Factual Basis for Plea:

I, Daniel ARROYO-Miranda, am a citizen of Mexico. On or about August 28, 2010, at or near Sells, Arizona, in the District of Arizona, I, Daniel ARROYO-Miranda, was found in the United States. I admit that prior to my re-entry, I was lawfully denied admission, excluded, deported and removed from the United States through Tucson, Arizona on June 12, 2010. I did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States prior to my illegal presence in the United States. Furthermore, as evidenced by my illegal presence in the United States, I admit that I entered the the United States of America from the United States of Mexico, at a time and place other than as designated by Immigration Officers of the United States of America.

Dated this _30_ day of _August_, 2010 .


_× Daniel Arroyo_

Daniel ARROYO-Miranda
Defendant


_____

Defense Counsel


DENNIS K. BURKE
United States Attorney
District of Arizona


Special Assistant U.S. Attorney